AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MARIETTA COURET<br><br>*Plaintiff(s)*<br>v.<br>BELLSOUTH TELECOMMUNICATIONS, LLC, d/b/a<br>AT&T FLORIDA and AT&T CORP d/b/a AT&T INC.<br><br>*Defendant(s)* | Civil Action No. 16-cv-22702-Martinez/Goodman |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AT&T CORP d/b/a AT&T INC.
One AT&T Way, Bedminster, NJ 07921-0752

C/O:  CTC Corporation System
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lorenzo Williams, Esq. of Gary, Williams, Parenti, Watson & Gary, P.L.L.C.
221 S.E. Osceola St., Suart, FL 34994

Debra S. Nolan, Esq.  of  Law Office of Gaines & Nolan
2100 S.E. Hillmoor Dr., Ste. 106, Port St. Lucie, Florida 34952

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

Date:  06/27/2016

SUMMONS

*s/ J. Adams*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MARIETTA COURET<br><br>*Plaintiff(s)*<br>v.<br>BELLSOUTH TELECOMMUNICATIONS, LLC, d/b/a<br>AT&T FLORIDA and AT&T CORP d/b/a AT&T INC.<br><br>*Defendant(s)* | Civil Action No. 16-cv-22702-Martinez/Goodman |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* BELLSOUTH TELECOMMUNICATIONS, LLC, d/b/a AT&T FLORIDA
675 W. Peachtree St. NW, Suite 27-310, Atlanta, GA 30308

C/O: CTC Corporation System
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lorenzo Williams, Esq. of Gary, Williams, Parenti, Watson & Gary, P.L.L.C.
221 S.E. Osceola St., Suart, FL 34994

Debra S. Nolan, Esq. of Law Office of Gaines & Nolan
2100 S.E. Hillmoor Dr., Ste. 106, Port St. Lucie, Florida 34952

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 06/27/2016



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ J. Adams*
Deputy Clerk
U.S. District Courts