UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-22702-MARTINEZ/GOODMAN

MARIETTA COURET,

    Plaintiff,

vs.

BELLSOUTH TELECOMMUNICATIONS, LLC,
d/b/a AT&T FLORIDA and AT&T CORP.
d/b/a AT&T INC.,

    Defendants.

_____/

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Defendants BellSouth Telecommunications, LLC ("BST") and AT&T Corp.,[1] by and through undersigned counsel and pursuant to Fed. R. Civ. P. 7.1, hereby states the following:

1.    BST, a Georgia limited liability company, is a wholly-owned subsidiary of BellSouth, LLC. BellSouth, LLC, a Georgia limited liability company, is a wholly-owned subsidiary of AT&T DataComm, LLC. AT&T DataComm, LLC, a Delaware limited liability company, is a wholly-owned subsidiary of AT&T DataComm Holdings, Inc. AT&T DataComm Holdings, Inc., a Delaware corporation, is a wholly-owned subsidiary of AT&T Inc. AT&T Inc., a Delaware corporation, is a publicly traded company on the New York Stock Exchange. There is no one person or group that owns 10% or more of the stock of AT&T Inc.

2.    AT&T Corp., a New York corporation, is a wholly owned subsidiary of AT&T Inc. AT&T Inc., a Delaware corporation, is a publicly traded company on the New York Stock Exchange. There is no one person or group that owns 10% or more of the stock of AT&T Inc.

---

[1] BST is the only proper defendant in this matter. BST has filed for and uses the fictitious name AT&T in Florida but its legal name is BellSouth Telecommunications, LLC. AT&T Corp. is not a proper party to this case.

COFFEY | BURLINGTON

2601 South Bayshore Drive, Penthouse, Miami, FL 33133 · T. 305·858·2900 F. 305·858·5261

Case No. 16-cv-22702-MARTINEZ/GOODMAN

Respectfully submitted,

By: s/Daniel F. *Blonsky*
    Daniel F. Blonsky, FBN 972169
    Scott A. Hiaasen, FBN 103318
    COFFEY BURLINGTON, P.L.
    2601 South Bayshore Drive, Penthouse
    Miami, Florida  33133
    Tel:  305-858-2900
    Fax:  305-858-5261
    dblonsky@coffeyburlington.com
    shiaasen@coffeyburlington.com
    groque@coffeyburlington.com
    service@coffeyburlington.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on this 17th day of August 2016, on all counsel or parties of record on the attached Service List.

s/ *Daniel F. Blonsky*
Daniel F. Blonsky

## SERVICE LIST

| | |
|---|---|
| Lorenzo Williams, Esq.<br>Gary, Williams, Parenti, Watson & Gary, P.L.L.C<br>221 S.E. Osceola Street<br>Stuart, FL 34994<br>Tel: (772) 283-8260<br>Fax: (772) 219-3365<br>lw@williegary.com | Debra S. Nolan, Esq.<br>Gaines and Nolan<br>2100 S.E. Hillmoor Drive, Suite 106<br>Port St. Lucie, Florida 34952<br>Tel: (772) 200-4600<br>Fax:  (772) 200-4575<br>debra@gainesnolan.com |

COFFEY | BURLINGTON

2601 South Bayshore Drive, Penthouse, Miami, FL 33133 · T. 305·858·2900 F. 305·858·5261